IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIROZEH JAHANGUIRI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3:16-CV-2754-M |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by Plaintiff against Defendant are released and DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this _____ day of _____, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

**STIPULATED AND AGREED TO:**

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| By: /s/ J. Anthony Vessel | By: /s/ Ryan K. McComber |
| Marc S. Whitehead<br>Texas State Bar No. 00785238<br>MARC WHITEHEAD & ASSOCIATES,<br>ATTORNEYS AT LAW, L.L.P.<br>5300 Memorial Drive, Suite 725<br>Tel: (713) 228-8888<br>Fax: (713) 225-0940<br>E-mail: marc@marcwhitehead.com | Ryan K. McComber<br>State Bar No. 24041428<br>FIGARI + DAVENPORT, LLP<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>Tel: (214) 939-2000<br>Fax: (214) 939-2090 (Fax)<br>E-mail: ryan.mccomber@figdav.com |
| J. Anthony Vessel<br>Texas State Bar No. 24084019<br>MARC WHITEHEAD & ASSOCIATES,<br>ATTORNEYS AT LAW, L.L.P.<br>5300 Memorial Drive, Suite 725<br>Tel: (713) 228-8888<br>Fax: (713) 225-0940<br>E-mail: Anthony@marcwhitehead.com | Roshanak Khosravighasemabadi<br>Texas Bar No. 24048587<br>FIGARI + DAVENPORT, LLP<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>Tel: (214) 939-2000<br>Fax: (214) 939-2090 (Fax)<br>E-mail: rosh.khosravi@figdav.com |
| ATTORNEYS FOR PLAINTIFF<br>FIROZEH JAHANGUIRI | ATTORNEYS FOR DEFENDANT<br>STANDARD INSURANCE COMPANY |

## CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 20th day of September, 2017.

/s/ *Ryan K. McComber*
Ryan K. McComber